UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PARADISE SHAW DREIA WILLIAMS,<br><br>　　　　　　　　　　Defendant. | CASE NO. CR23-90-JHC<br><br>**DETENTION ORDER** |

　　　The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

　　　Defendant is charged with wire fraud and money laundering. The government moved for a detention hearing on the grounds Defendant is both a serious risk to flee and poses a danger to the community and filed a memorandum in support. The pretrial report shows Defendant has numerous citations and convictions mainly for theft related offenses and traffic violations. Warrants for her arrest for failing to appear have been issued more than 20 times. The government proffered Defendant was contacted in Western Washington by law enforcement and within months relocated to Arizona where she was arrested. The government also proffered that since the time period charged in the indictment, Defendant has continued to commit criminal

DETENTION ORDER - 1

offenses. The Government proffered that Defendant was not truthful to the pretrial services about her employment and income. The government further proffered has used different aliases and false identification documents including social security numbers. The Court concludes considering Defendant's history and circumstances, the nature of her offense, the false statements that she made to law enforcement, her relocation to another state after being contacted by law enforcement in this District that Defendant poses both a risk of flight and a danger to the community.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 20th day of June, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2