The Honorable John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PARADISE SHAW DREIA WILLIAMS, <br><br> Defendant. | NO. CR23-090 JHC <br><br> Request for Status Conference re Counsel |

On Tuesday, June 20, 2023, Bryan Hershman represented Ms. Williams at her arraignment and detention hearing before Magistrate Judge Brian A. Tsuchida. However, during the hearing, Mr. Hershman stated that he was representing Ms. Williams only for purposes of the hearings that day and declined to request discovery. Judge Tsuchida asked Mr. Hershman to keep the court informed about the status of his representation. Mr. Hershman did not file a formal notice of appearance. On June 27 and 28, 2023, Mr. Hershman informed the government that Ms. Williams has not retained him but may do so on either June 30, 2023, or July 7, 2023.

The government is concerned that Ms. Williams has been arraigned, but according to Mr. Hershman, has no legal representation. Three co-defendants in the matter have been arraigned, and the parties are attempting to reach agreements relating to discovery and a trial date. With Ms. Williams' representation in limbo, the parties are unable to

proceed with these matters in an efficient and expeditious manner. For these reasons, the government requests a status hearing to resolve this issue as soon as practicable.

DATED this 28th day of June, 2023.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*/s/Cindy Chang*
CINDY CHANG
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Fax: 206-553-0582
Email: cindy.chang@usdoj.gov