Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON IN SEATTLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR23-090 JHC |
| Plaintiff, | ) | |
| | ) | DEFENDANT WILLIAMS' |
| v. | ) | AGREEMENT TO BE BOUND |
| | ) | BY PROTECTIVE ORDER |
| PARADISE WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Paradise Williams, through her undersigned attorney, and in consideration of receiving all discovery to which she is entitled under Rule 16 and its local counterpart, agrees to be bound by the terms of the Protective Order (dkt #62) in all its particulars.

Dated this 11th day of July, 2023.

Michael Nance, WSBA #13933
Defense Attorney

**Certificate of Service**

  I hereby certify that on the 11th day of July, 2023, I electronically filed the foregoing with the clerk of the court using the CM/ECF system.  Notice of this filing will be sent electronically to other counsel of record for the respective parties.

        /s/ Michael Nance, WSBA # 13933
        email:  michaelnancelaw@gmail.com