The Honorable John H. Chun

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> PARADISE SHAW DREIA WILLIAMS, <br><br> D'ARIUS AKIM JACKSON, <br><br> RAYVON DARNELL PETERSON, and <br><br> DAVID JESUS MARTINEZ, <br><br> Defendants. | NO. CR23-090-JHC <br><br> **ORDER CONTINUING TRIAL AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

The current trial date for this matter August 14, 2023. The United States has filed a motion to continue the trial until March 4, 2024. Defendants Paradise Williams, D'Arius Jackson, Rayvon Peterson, and David Martinez agreed to continue the trial to that date.

Having considered the government's submission and any responses thereto, the Court GRANTS the motion. The trial is continued to March 4, 2024 at 1:30 p.m. Pretrial motions will be filed no later than February 22, 2024.

Furthermore, the Court finds that, for the reasons detailed in the United States' motion, which is incorporated herein by reference, the ends of justice served by granting

Order Continuing Trial Date - 1
*United States v. Williams, et al* / CR23-090-JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

a continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Failure to grant this continuance would likely make trial impossible and result in a miscarriage of justice and would deny counsel for the defendants and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(i), (iv). This case is sufficiently complex due to the number of defendants and nature of prosecution that it is unreasonable to expect adequate preparation by the parties for pretrial proceedings or for the trial itself by the current trial date. 18 U.S.C. § 3161(h)(7)(B)(ii).

Therefore, IT IS FURTHER ORDERED that the time between the date of this order and March 4, 2024, is excluded in computing time within which trial must commence because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

DATED this 12th day of July, 2023.

John H. Chun
United States District Judge

PRESENTED BY:

*s/ Cindy Chang*
CINDY CHANG
Assistant United States Attorney

Order Continuing Trial Date - 2
*United States v. Williams, et al* / CR23-090-JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970