UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PARADISE SHAW DREIA WILLIAMS,<br><br>Defendant | NO. CR23-090-JHC<br><br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for the following property ("Subject Property"):

- One Lexus ES Sedan, seized on or about June 5, 2023; and
- One Range Rover Sport Utility Vehicle, seized on or about June 5, 2023.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate for the following reasons:

- On February 26, 2024, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c) and 18 U.S.C. § 982(a)(1) and forfeiting the Defendant's interest in it, Dkt. No. 195;

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C), Dkt. No. 214; and

- The time for filing third-party claims has expired, and no such claims were filed for the Subject Property.

NOW, THEREFORE, THE COURT ORDERS:

1.      No right, title, or interest in the Subject Property exists in any party other than the United States;

2.      The Subject Vehicle is fully and finally condemned and forfeited, in its entirety, to the United States; and

3.      The United States Department of Justice, the Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the Subject Property as permitted by governing law.

IT IS SO ORDERED.

DATED this __13th__ day of _____May_____, 2024.

_John H. Chun_
THE HON. JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented by:


_s/Jehiel I. Baer_____
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
(206) 553-2242
Jehiel.Baer@usdoj.gov

Final Order of Forfeiture - 2
*United States v. Williams*, CR23-090-JHC